UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ERIK SHANNON WILLOUGHBY
and BRYAN TODD MACKE,

BANKRUPTCY
CASE NO.: 8:16-bk-04916-CPM

Debtors.
_____/

CHAPTER 7

MOTION OF STEPHEN L. MEININGER AS CHAPTER 7 TRUSTEE OF THE
ESTATE OF ERIK SHANNON WILLOUGHBY AND BRYAN TODD MACKE FOR
ORDER APPROVING COMPROMISE AND SETTLEMENT OF CONTROVERSY AS
TO ERIK SHANNON WILLOUGHBY AND BRYAN TODD MACKE REGARDING
NATIONSTAR MORTGAGE LLC, (ADVERSARY PROCEEDING 8:16-ap-00794-CPM)

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Thomas A. Lash, Esq., Lash Wilcox & Grace PL, 4950 W. Kennedy Blvd., Suite 320, Tampa, FL 33609, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Plaintiff Stephen L. Meininger ("Trustee"), as Chapter 7 Trustee of the bankruptcy estate of Erik Shannon Willoughby and Bryan Todd Macke (collectively "Willoughby - Macke") by and through the undersigned law firm, pursuant to F.R.B.P. 9019 and

moves this Honorable Court for entry of an order approving compromise and settlement of the controversies between Trustee and Adversary Proceeding 8:16-ap-00794-CPM Defendant, Nationstar Mortgage LLC ("Defendant"), and in support of the relief requested states:

1. On June 7, 2016, Willoughby - Macke filed a petition for relief under Chapter 7 of Title 11, of the United States Code and Trustee was appointed by this Court. This Chapter 7 is currently pending before this Court.

2. On November 21, 2016, Trustee filed a Complaint for Unlawful Debt Collection Practices commencing Adversary Proceeding No.: 8:16-ap-00794-CPM in the United States Bankruptcy Court for the Middle District of Florida (collectively the "Adversary Proceedings"), against the Defendant.

3. The issues to be resolved in the Adversary Proceedings create uncertainty as to the outcome at the trial on the merits. When coupled with the complexities of the litigation, and the expense, inconvenience and delay associated with continued litigation, it is fair and equitable and in the Trustee's and Defendant's best interests to settle these matters.

4. Further, it appears the sums to be received in settlement of these Adversary Proceedings exceeds the amounts that Trustee and its creditors would be able to obtain, net of collection costs, in the event a judgment was obtained against Defendant as the result of a favorable outcome at final evidentiary hearings.

5. Therefore, Trustee and Defendant have reached an agreement to compromise and settle all disputes between them as to the matters alleged in the Adversary Proceedings or otherwise existing. The Settlement Agreement is available for inspection at the offices of counsel for Trustee; Lash Wilcox & Grace PL, and copies may be obtained by written request during the response and objection period.

## THE SETTLEMENT AGREEMENT

6. Trustee requests that this Court approve the Compromise and Settlement set forth in the Settlement Agreement.

7. The principle terms of the Settlement Agreement are that Defendant shall pay to Trustee the total sum of Four Thousand Nine Hundred Fifty and 00/100 Dollars ($4,950.00) paid in one installment (the "Settlement Funds"). As provided for by 15 U.S.C. § 1692 and Fla. Stat § 559.77(2), Plaintiff's attorneys' fees will be paid from the Defendant provided Settlement Funds of $4,950.00, with Two Thousand Three Hundred and 00/100 Dollars ($2,300.00) to the estate and Two Thousand Six Hundred Fifty and 00/100 Dollars ($2,650.00) for attorneys' fees and costs. Approval of the Court will first be obtained.

8. With payment of the Settlement Funds by Defendant made as provided in the Settlement Agreement, the Adversary Proceedings will be dismissed with prejudice as to the Defendant, releases will be exchanged, and each party will agree to pay their own attorneys' fees and costs, with the exception of Plaintiff's fees paid by Defendant from the Settlement Funds set forth above, as required by statute and set forth below.

9. The Settlement Agreement is contingent on approval by this Court.

WHEREFORE, Trustee respectfully requests that this Court enter an Order: (i) granting the Motion in its entirety as to Trustee and Defendant, and finding that Trustee provided good and sufficient notice of this motion; (ii) finding that the Settlement Agreement is fair and equitable and in the best interest of Trustee and the creditor; (iii) approving the Settlement Agreement in all respects; (iv) authorizing Trustee to enter into the Settlement Agreement in order to, among other things, compromise and settle the claims and controversies as outlined herein and in accordance with the specific terms and conditions of the Settlement Agreement as to Defendant; (v) cancelling any scheduled pretrial conference, hearing, or trial in the related

adversary proceeding; and (vi) granting such other and further relief as this Court deems necessary or appropriate.

Dated: March 2, 2017

>Respectfully submitted,
>
>**LASH WILCOX & GRACE PL**
>4950 W. Kennedy Blvd., Suite 320
>Tampa, FL 33609
>Telephone: 813.289.3200
>Facsimile:  813.289.3250
>
>/s/ Thomas A. Lash
>**THOMAS A. LASH, ESQ.**
>Florida Bar No.: 849944
>e-mail: tlash@lashandwilcox.com
>Attorney for the Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2017, I presented the foregoing *Motion of Stephen L. Meininger, as Chapter 7 Trustee of the Estate of Erik Shannon Willoughby and Bryan Todd Macke for Order Approving Compromise and Settlement of Controversy as to Erik Shannon Willoughby and Bryan Todd Macke Regarding Nationstar Mortgage LLC (Adversary Proceeding 8:16-ap-00794-CPM)* to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, and uploading in the CM/ECF system. I further certify that a true and correct copy of the foregoing document has been served this 2nd day of March, 2017 to: U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Stephen L. Meininger, 707 North Franklin Street, Suite 850, Tampa, FL 33602; Erik Shannon Willoughby and Bryan Todd Macke, 6626 83rd Avenue North, Pinellas Park, FL 33781; Walter G. Bullington Jr., 1902 West Kennedy Blvd, Ste 100, Tampa, FL 33606; Nationstar Mortgage LLC, a Delaware limited Liability Company, c/o Courtney A. McCormick, Esq., McGuireWoods LLP, 50 North Laura Street, Suite 3300, Jacksonville, FL 32202-3661; and all creditors on the matrix attached hereto.

>/s/ Thomas A. Lash
>Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:16-bk-04916-CPM<br>Middle District of Florida<br>Tampa<br>Thu Mar  2 10:17:03 EST 2017 | Bryan Todd Macke<br>441 33rd Street North<br>Apartment 808<br>St Petersburg, FL 33713-9040 | Nissan Motor Acceptance Corporation<br>c/o Stewart, Zlimen and Jungers, Ltd.<br>2277 Highway 36 W, Suite 100<br>Roseville, MN 55113-3896 |
| Erik Shannon Willoughby<br>441 33rd Street North<br>Apartment 808<br>St Petersburg, FL 33713-9040 | Alfonsino Emergency<br>Physicians, LLC<br>2339 Gulf to Bay Blvd.<br>Clearwater, FL 33765-4102 | Anthem BCBS of Indiana<br>c/o One Advantage<br>1232 W. State Road 2<br>La Porte, IN 46350-5469 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Furniture Home Stores<br>Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Baycare Laboratories<br>PO Box 20888<br>Tampa, FL 33622-0888 |
| CareCredit<br>Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Chase Cardmember Service<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Citi Cards<br>PO Box 9001037<br>Louisville, KY 40290-1037 |
| Citibank, N.A.<br>PO Box 790002<br>Saint Louis, MO 63179-0002 | Comenity Capital Bank/Paypal Credit<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Emerald Oaks Homeowners<br>Association, Inc.<br>4809 Ehrlich Road<br>Suite 105<br>Tampa, FL 33624-2073 |
| Gulf to Bay Anes<br>Associates, LLC<br>3225 Northstar Circle<br>Louisville, TN 37777-5059 | Gulfcoast Collection<br>Bureau<br>PO Box 21509<br>Sarasota, FL 34276-4509 | HH Gregg<br>Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Hillsborough County, BOCC<br>PO Box 342456<br>Tampa, FL 33694-2456 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Integrated Reg. Lab<br>Path Services<br>PO Box 3093<br>Boca Raton, FL 33431-0993 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | Litter Robot<br>2900 Auburn Court<br>Auburn Hills, MI 48326-3204 |

| | | |
|---|---|---|
| Lowes / Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Main Source Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Morton Plant Hospital<br>PO Box 22008<br>Tampa, FL 33622-2008 | Morton Plant Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755-4521 | NPAS, Inc.<br>PO Box 99400<br>Louisville, KY 40269-0400 |
| Nationstar Mortgage<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | Nationstar Mortgage<br>PO Box 60516<br>City of Industry, CA 91716-0516 | Nissan Motor Acceptance Corp<br>PO Box 660360<br>Dallas, TX 75266-0360 |
| Northland Group<br>PO Box 390846<br>Mail Code USA1<br>Minneapolis, MN 55439-0846 | Northpark Community Credit<br>Union<br>5965 W. Techology Center Dr<br>Indianapolis, IN 46278-6013 | Northside Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Northside Hospital - 01385<br>PO Box 740743<br>Cincinnati, OH 45274-0743 | One Advantage, LLC<br>PO Box 23920<br>Belleville, IL 62223-0920 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Paypal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Associates of<br>Clearwater<br>PO Box 917368<br>Orlando, FL 32891-7368 | Rooms to Go<br>Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Shaw Financial Solutions<br>Synchrony Bank<br>PO Box 965033<br>Orlando, FL 32896-5033 |
| St. Joseph's Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755-4521 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965061<br>Orlando, FL 32896-5061 |
| Synchrony Bank<br>PO Box 965048<br>Orlando, FL 32896-5048 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Tampa Electric - TECO<br>PO Box 31318<br>Tampa, FL 33631-3318 |
| Tax Division<br>US Dept of Justice<br>PO Box 14198<br>Ben Franklin Station<br>Washington, DC 20044-4198 | Transworld Systems, Inc.<br>150 Crosspoint Parkway<br>Getzville, NY 14068-1602 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 |

| | | |
|---|---|---|
| US Attorney<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602-4774 | US Attorney General<br>Department of Justice<br>10th & Constitution Avenue<br>Washington, DC 20530-0001 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 |
| Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Financial<br>National Bank<br>PO Box 660553<br>Dallas, TX 75266-0553 | Wells Fargo Financial, N.A.<br>PO Box 14453<br>Des Moines, IA 50306-3453 |
| Stephen L Meininger +<br>707 North Franklin Street<br>Suite 850<br>Tampa, FL 33602-4400 | Walter G Bullington Jr.+<br>The Law Offices of Norman and Bullington<br>106 South Armenia Avenue<br>Tampa, FL 33609-3308 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Bouavone Amphone +<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Thomas A Lash, Attorney for Trustee +<br>Lash, Wilcox & Grace PL<br>4950 W. Kennedy Blvd., Suite 320<br>Tampa, FL 33609-1830 | Iris Kwon +<br>Robertson, Anschultz & Schneid, L.P.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | Home Depot<br>PO Box 182676<br>Columbus, OH 43218 | IRS<br>400 West Bay Street, #35045<br>Stop 5720<br>Jacksonville, FL 32202-4437 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Verve Mastercard<br>PO Box 8099<br>Newark, DE 19714-8099 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BK Global and Century 21 | (u)Nationstar Mortgage LLC | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                   73 |